# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends in Excess of $500.00 For Deposit to Registry Fund

DEBTOR(S):    MAI Y. MOUA

CASE NUMBER:   09-38291

PLEASE CHECK ONE:

✓    UNCLAIMED DIVIDENDS

☐    DISTRIBUTION LESS THAN $5

The trustee has been unable to locate the servicing agent for the following creditor who filed the claim despite having made reasonable efforts to do so:

ACS/SLFC Education LOA  (claim 1)

On January 20, 2011, the trustee sent a check in the amount of $607.08, representing the dividend for claim number one (1) filed in the above named bankruptcy case to the creditor at the following address: PO Box 7052, Utica, NY 13504. The debtor in this case was a co-signer for a loan for Kanade Moua. In a letter dated February 3, 2011, the creditor returned the check, indicating it no longer services this account. Trustee sent faxes to the creditor on February 23, 2011 and February 28, 2011 requesting the name and address of who is servicing the account so the check could be forwarded to them.

The creditor advised that due to the recently enacted Gramm-Leach-Bliley Privacy Act, it was unable to release information regarding this student loan without the borrower's verbal or written authorization. The trustee obtained a release of information from the debtor and forwarded it to the creditor, but did not receive a reply as to where to send the check. The trustee e-mailed the creditor on September 15, 2011 stating that if she did not receive a reply by September 19, 2011, she would forward the funds to the clerk of court. The trustee did not receive a response. The creditor has not released the information regarding who is servicing the account, making distribution impossible.

Date: September 21, 2011         /e/ Patti J. Sullivan
                                 Trustee

DISTRIBUTION:
    Original to Clerk of Court



# PATTI J. SULLIVAN
## UNITED STATES CHAPTER 7 PANEL TRUSTEE
1595 Selby Avenue, Suite 205, St. Paul, MN  55104
Telephone: (651) 699-4825
Facsimile:  (651) 699-4831

September 21, 2011

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:    MAI Y. MOUA
Bankruptcy Case No.:  09-38291
Date of Filing:  11/24/09

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend in Excess of $500.00 for Deposit to Registry Funds report, along with check no. 117 in the amount of $607.08 regarding the above-referenced case.  If you have any questions, please feel free to contact me.  Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS: pamc

Enclosures

RECEIVED 11 SEP 22 PM 1:12 U.S. BANKRUPTCY COURT ST. PAUL, MN